JONATHAN A. STIEGLITZ, ESQ.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 750
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SMITH-GALINDO,<br><br>       Plaintiff,<br><br>    vs.<br><br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>       Defendant | Docket No. _2:15-cv-08562-CAS-PLA<br>_____<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), whereas no opposing party has served either an answer or a motion for summary judgment, Plaintiff Kimberly Smith-Galindo, by and through her undersigned attorney, hereby voluntarily dismisses the above captioned action.

Dated:  January 5, 2016

                                      THE LAW OFFICES OF
                                      JONATHAN A. STIEGLITZ

                            By:      /s/ Jonathan A Stieglitz
                                  Jonathan A Stieglitz